IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ERNEST KNIGHT,

    Petitioner,

vs.                                    CASE NO. 4:12cv328-LAC/CAS

MICHAEL D. CREWS,

    Respondent.

_____/

## O R D E R

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated January 14, 2014. Doc. 14. The parties have been furnished a copy of the report and recommendation and afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), No objections have been filed.

    Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. Respondent's motion to dismiss, doc. 12, is **GRANTED,** the § 2254 petition for writ of habeas corpus, doc. 9, is hereby **DISMISSED**, and a certificate of appealability and leave to appeal in forma pauperis are **DENIED**.

DONE AND ORDERED this 25th day of February, 2014.

*s/L.A. Collier*
LACEY A. COLLIER
SENIOR U.S. DISTRICT JUDGE